**People of the State of Illinois, ex rel. John S. Rusch, appellee, v. William Gilbert, appellants. Gen. No. 39,922.**

Heard in the third division of this court for the first district at the February term, 1938. ▮▮▮▮ Former opinion filed June 29, 1938. Rehearing opinion filed October 26, 1938.

Louis Greenberg, for appellants. Ditchburne & Lounsbury, for appellee; Thomas J. Johnson, Jr., of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

**Carson Pirie Scott and Company, appellee, v. Checker Taxi Company and C. Gerrits, defendants. Appeal of Checker Taxi Company, appellant. Gen. No. 40,000.**

Heard in the third division of this court for the first district at the April term, 1938. ▮▮▮▮ Opinion filed October 26, 1938.

Julius Jesmer, for appellant. Wendell H. Shanner, for appellee; Charles V. Laughlin, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

**People of the State of Illinois, defendant in error, v. Robert Peele, plaintiff in error. Gen. No. 40,109.**

Heard in the third division of this court for the first district at the June term, 1938. ▮▮▮▮ Opinion filed October 26, 1938.

George M. Crane and Thomas E. Kluczynski, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

**Ben Mammina, trading as Ben's Tri State Motor Express, appellee, v. Homeland Insurance Company of America, appellant. Gen. No. 40,135.**

Heard in the third division of this court for the first district at the June term, 1938. ▮▮▮▮ Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

I. W. Kaufman, for appellant. William Feldman and Abraham Feldman, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.